FILED

08/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0237

NICK LENIER WILSON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

AUG 0 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Nick Lenier Wilson has filed a motion for extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until October 9, 2023, to file his opening brief.

DATED this 1st day of August, 2023.

For the Court,

_____
Chief Justice